**ORDERED in the Southern District of Florida on November 18, 2026.**

**Corali Lopez-Castro, Judge**
**United States Bankruptcy Court**

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re: Cesar Eduardo Magnorsky

Case No.: 26-20231-CLC
Chapter 13

Debtor /

**ORDER SUSTAINING OBJECTION TO CLAIM OF CW NEXUS CREDIT CARD HOLDINGS 1, LLC**

THIS MATTER having come to be heard without objection on the chapter 13 consent calendar on November 17, 2026, upon Debtor's Objection to Claim of CW Nexus Credit Card Holdings 1, LLC; claim # 7 ("Objection") [ECF#19] and based on the record, IT IS;

ORDERED AND ADJUDGED:

1. The Objection is SUSTAINED.
2. The claim is stricken and disallowed.

# # #

Respectfully Submitted:
Jose A. Blanco | 062449, **JOSE A. BLANCO, P.A.,** 102 E 49th ST
Hialeah, FL 33013, Tel: (305) 349-3463, Fax: (786) 567-5057, E-Mail: jose@blancopa.com

Jose A. Blanco, Esq. must serve a copy of this order on the debtor, all creditors, and all indenture trustees and must file a certificate of service as required by Local Rule 9036-2. This service direction does not apply, however, if thesubmitting attorney is an attorney in the office of the United States trustee, in which case the Clerk of Court will serve this order under Local Rule 2002-1(a)(1).